[No. 42771-7-I.     Division One.     April 19, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN C. MAGNESON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-02109-4, Jim Street, J., entered May 19, 1998. *Dismissed* by unpublished per curiam opinion.

[No. 42784-9-I.     Division One.     April 19, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM EDWIN TURNER, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 97-1-01434-9, David F. Hulbert, J., entered May 7, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 42867-5-I.     Division One.     April 19, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. E.A., *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 97-8-00870-9, Charles R. Snyder, J. Pro Tem., entered June 2, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 43547-7-I.     Division One.     April 19, 1999.]

THE STATE OF WASHINGTON, *Appellant*, v. T.L.B., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 98-8-04915-6, John M. Darrah, J., entered October 8, 1998. *Reversed* by unpublished per curiam opinion.